**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Tyrone Lorenza Robinson, Appellant.

Appellate Case No. 2017-002233

———

Appeal From Beaufort County
Thomas W. Cooper, Jr., Circuit Court Judge

———

Unpublished Opinion No. 2020-UP-316
Submitted September 1, 2020 – Filed November 25, 2020

———

**APPEAL DISMISSED**

———

Appellate Defender David Alexander, of Columbia, and
Tyrone Lorenza Robinson, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.